LANDRIEU, Associate Justice
(Ad Hoc), dissents.
Ijfhe tragic consequence of an act of simple negligence does not magnify that act of simple negligence into an act of gross negligence.
The defendant made a serious mistake. After the victim told defendant that he saw a deer, he apparently left his position of safety and went to the spot where he thought the deer had been sighted. Believing the victim was the deer that had been described, defendant shot his best friend.
The defendant was negligent and the result was tragic. However, there is no evidence in the record of any action whereby a reasonable juror could conclude beyond a reasonable doubt that defendant grossly deviated below the standard of care expected to be maintained by a rea *152 sonably careful man under the circumstances.